# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO (CINCINNATI)

| | |
|---|---|
| TARA POWELL,<br>　　　　Plaintiff,<br><br>vs.<br><br>TRANSUNION RENTAL<br>SCREENING SOLUTIONS, INC.,<br>　　　　Defendants. | CASE NO. 1:23-cv-00264-MWM<br><br>JUDGE Matthew W. McFarland |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION RENTAL SCRENNING SOLUTIONS, INC.

Plaintiff Tara Powell ("Plaintiff"), by counsel, and Defendant TransUnion Rental Screening Solutions, Inc. ("TURSS"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against TURSS should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  January 28, 2025　　　　　　　　　*/s/ Yitzchak Zelman (with consent)*
　　　　　　　　　　　　　　　　　　　　Yitzchak Zelman, Esq.
　　　　　　　　　　　　　　　　　　　　Marcus & Zelman, LLC
　　　　　　　　　　　　　　　　　　　　701 Cookman Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　Asbury Park, NJ 07712
　　　　　　　　　　　　　　　　　　　　Telephone: (732) 695-3282
　　　　　　　　　　　　　　　　　　　　Fax: (732) 298-6256
　　　　　　　　　　　　　　　　　　　　E-Mail: yzelman@marcuszelman.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Tara Powell*

| | |
|---|---|
| Date:  January 29, 2025 | */s/ William M. Huse* <br> William M. Huse, Trial Attorney (OH #0076942) <br> Quilling, Selander, Lownds, Winslett & Moser, P.C. <br> 10333 North Meridian Street, Suite 200 <br> Indianapolis, IN  46290 <br> Telephone:  (317) 497-5600, Ext. 603 <br> Fax: (317) 899-9348 <br> E-Mail:  whuse@qslwm.com <br><br> *Counsel for Defendant TransUnion Rental Screening Solutions, Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of January, 2025**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Jonathan L. Hilton, Esq. <br> jhilton@hiltonparker.com | Yitzchak Zelman, Esq. <br> yzelman@marcuszelman.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of January, 2025**, properly addressed as follows:

| None. | |
|---|---|

*/s/ William M. Huse*
William M. Huse, Trial Attorney (OH #0076942)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 603
Fax: (317) 899-9348
E-Mail:  whuse@qslwm.com

*Counsel for Defendant TransUnion Rental Screening Solutions, Inc.*